UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIENVENIDO CEDENO,

                Plaintiff,

v.

LONG ISLAND RAILROAD COMPANY,

                Defendant.

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  8-27-20
```

19-CV-11233 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    In light of the ongoing discovery dispute, the post-discovery conference is adjourned until September 25, 2020 at 11:00 am.

SO ORDERED.

Dated:    August 27, 2020
             New York, New York

                                        RONNIE ABRAMS
                                        United States District Judge