UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIENVENIDO CEDENO,

                Plaintiff,

v.

LONG ISLAND RAILROAD COMPANY,

                Defendant.

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9-25-20
```

19-CV-11233 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As discussed during today's conference, the parties shall file a joint status update with the Court no later than December 14, 2020. The deadline for parties to file a joint pre-trial order is adjourned sine die.

SO ORDERED.

Dated:    September 25, 2020
             New York, New York

                                        RONNIE ABRAMS
                                        United States District Judge