UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIENVENIDO CEDENO,

                Plaintiff,

v.

LONG ISLAND RAILROAD COMPANY,

                Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

19-CV-11233 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As discussed in yesterday's conference, no later than January 6, 2021, the parties shall file a joint letter informing the Court of the following:

    1. Whether the parties are amenable to a bench trial, or whether they intend to have a trial by jury.

    2. If the parties are amenable to a bench trial, whether they wish to have that trial remotely or in person.

    3. Which dates the parties and their counsel are available for trial.

SO ORDERED.

Dated:    December 23, 2020
            New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge