UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIENVENIDO CEDENO,

                Plaintiff,

v.

LONG ISLAND RAILROAD COMPANY,

                Defendant.

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  1-7-21
```

19-CV-11233 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The following is hereby ORDERED:

    Trial in this action will commence on November 15, 2021. In accordance with the Court's individual rules, the parties shall submit a joint pretrial order, motions in limine, proposed findings of fact and conclusions of law, and pretrial memoranda of law by October 11, 2021; any oppositions shall be filed by October 18, 2021; and any replies shall be filed by October 25, 2021. A final pretrial conference is scheduled for November 8, 2021 at 10:00 am.

SO ORDERED.

Dated:    January 7, 2021
           New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge