UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/08/21
```

Bienvenido Cedeno,

            Plaintiff

v.

Long Island Railroad Company,

            Defendant.

No. 19-CV-11233 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    ORDERED that counsel for both parties appear for a status conference on October 12 at 2:30 p.m. to discuss scheduling of the upcoming trial in this case. The Court will hold this conference by telephone. The parties shall use the following dial-in information to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:    October 8, 2021
             New York, New York

                                              Ronnie Abrams
                                              United States District Judge