UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/13/21

Bienvenido Cedeno,

                Plaintiff,

v.

Long Island Railroad Company,

                Defendant.

No. 19-CV-11233 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As discussed at the conference on October 12, 2021, the pretrial submission deadlines are adjourned *sine die*, and Plaintiff's counsel will file a letter no later than October 18, 2021, updating the Court regarding the status of settlement.

SO ORDERED.

Dated:    October 13, 2021
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge