UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  10/20/21
```

Bienvenido Cedeno,

               Plaintiff,

        v.

Long Island Railroad Company,

            Defendant.

No.  19-CV-11233 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court has previously ordered that Plaintiff's counsel file a letter no later than October 18, 2021, updating the Court regarding the status of settlement.  Dkt. 29.  No update has been filed on the docket.  The parties shall submit such letter no later than October 22, 2021.

SO ORDERED.

Dated:    October 20, 2021
         New York, New York

_____
Ronnie Abrams
United States District Judge